# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-3413

_____

Catrice Cooper, Individually and on Behalf of All Others Similarly Situated;
Kimberly Landy, Individually and on Behalf of All Others Similarly Situated

*Plaintiffs - Appellants*

v.

Adam Glickman; Base Management Services LLC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: May 5, 2021
Filed: May 10, 2021
[Unpublished]

_____

Before GRUENDER, WOLLMAN, ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this employment action, Catrice Cooper and Kimberly Landy appeal after the district court[1] granted the parties' joint motion to dismiss without judicial review. After careful review, we conclude we lack jurisdiction over this appeal. See Belle-Midwest v. Mo. Prop. & Cas. Ins. Guar. Ass'n, 56 F.3d 977, 978-79 (8th Cir. 1995) (generally, plaintiffs may not appeal order granting voluntary dismissal, except where plaintiffs were legally prejudiced by conditions imposed by district court in granting voluntary dismissal, and they did not acquiesce to conditions); see also Food Marketing Inst. v. Argus Leader Media, 139 S. Ct. 2356, 2362 (2019) (to show standing, appealing litigant must demonstrate it has suffered actual or imminent injury that is fairly traceable to judgment below that could be redressed by favorable ruling). Accordingly, we dismiss the appeal.

_____

---

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.